CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Cynthia.johnson@usdoj.gov

Attorneys for United States of America

FILED

Aug 25 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NELSON OMAR AGUILAR-VILLALOBOS, <br><br> Defendant. | CASE NO. 4:25-mj-71024 MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about August 21, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐   Indictment

☐   Information

☐   Criminal Complaint

X   Other (describe) Petition for Action on Conditions of Pretrial Release

pending in the Northern District of Florida, Case Number 4:24-cr-00034-MW-MAF.

In that case (copy of arrest warrant attached), the defendant is charged with a violation of Title 18 United States Code, Section 3148.

1  Description of Charges: violating the terms of pre-trial release.

3      The maximum penalties are as follows:

4         • Revocation of release

5         • Order of detention

6         • Prosecution for contempt of court.

8      Respectfully Submitted,

9      CRAIG H. MISSAKIAN
10     UNITED STATES ATTORNEY

11 Date: August 25, 2025     /s/_____
       CYNTHIA JOHNSON
12     Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 4:24-cr-00034-MW-MAF

NELSON OMAR AGUILAR-VILLALOBOS

## WARRANT FOR ARREST

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   NELSON OMAR AGUILAR-VILLALOBOS
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a

**Violation Notice**

charging him or her with:

Failing to participate in an evaluation and a program of inpatient or outpatient mental health and/or substance abuse therapy and counseling if directed by the pretrial services office or supervising office.

Jessica J. Lyublanovits
Name of Issuing Officer

Deputy Clerk:

Bail fixed at $ _____
and/or in accordance with Comprehensive Crime
Control Act of 1984.

Clerk of Court
Title of Issuing Officer

August 21, 2025   Tallahassee
Date and Location

by  Mark E. Walker
     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PS 8
(Rev. 12/04)

PS 8
(Rev. 12/04)

Case 4:24-cr-00034-MW-MAF   Document 161   Filed 08/25/25   Page 4 of 5

# UNITED STATES DISTRICT COURT

for

Northern District of Florida

U.S.A. vs. Nelson Aguilar - Villalobos     Docket No. 4:24CR34-MW

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Lamar Walker, pretrial services/probation officer, presenting an official report upon the conduct of defendant Nelson Aguilar - Villalobos, who was placed under pretrial release supervision by the Honorable Martin A. Fitzpatrick, sitting in the court at Tallahassee, Florida on the 18th date of September, 2024 under the following conditions:

1. You shall not commit any offense in violation of federal, state or local law while on release in this case.
2. You shall appear at all proceedings are required and shall surrender for service of any sentence imposed as directed.
3. You shall:
   a) Maintain or actively seek employment or be enrolled as a full-time student.
   b) Reside in your current residence, do not travel beyond the Northern District of Florida without prior authorization.
   c) Report as directed to Pretrial Services.
   d) Avoid all contact with any victims/witnesses.
   e) Do not possess a firearm, destructive device, or other dangerous weapon.
   f) Refrain from the excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substance.
   g) Random drug testing. The defendant must not obstruct or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   h) Participate in an evaluation and program of inpatient or outpatient mental health and/or substance abuse counseling.
   i) DNA collection.
   j) Surrender passport/Do not obtain a new passport.
   k) Notify Pretrial Services as soon as possible if you are contacted, interviewed, or questioned by any law enforcement officer for any reason other than connected with this case, whether pursuant to a stop, arrest, or any other inquiry
   l) Must not Possess material showing a minor engaged in sexual activity or not fully clothed
   m) You shall not have any contact or association with any individual under the age of 18, except when the minor is in the presence of another adult who is the parent or legal guardian of the minor. You may not communicate with any individual under the age of 18 in writing, over the telephone, or via the any electric means
   n) Shall not be within 500 feet of where children congregate unless driving to or from home, except as need for school/work
   o) Be subject to periodic unannounced examination of your computer equipment, which may include passive and active searched and retrieval and copying of all data from your computer and peripheral device.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant violated condition 3(h) of his bond, which states that the defendant shall participate in an evaluation and a program of inpatient or outpatient mental health and/or substance abuse therapy and counseling if directed by the pretrial services office or supervising office. On August 19, 2025, this officer received an email form United Pretrial Services Specialist Brad Wilson who informed this officer that the defendant missed his therapy session on Monday August 18, 2025.

Pretrial Services respectfully recommend that a warrant be issued for the defendant to appear before Your Honor, and that his pretrial supervision be revoked and he remanded to custody to begin his prison sentence.

PRAYING THAT THE COURT WILL ISSUE A WARRANT FOR THE DEFENDANT'S ARREST.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Considered and ordered this <u>21st</u> day of <u>August</u>, 20 <u>25</u> and ordered filed and made a part of the records in the above case.

Executed on <u>August 21, 2025</u>

*Lamar G. Walker*

Lamar Walker
U.S. Pretrial Services/Probation Officer

s/Mark E. Walker
The Honorable Mark E. Walker
U.S. District Judge

Place <u>Tallahassee, Florida</u>

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Warrant/Summons Issued: <u>8/21/2025</u>   s/Victoria Milton McGee
                          Date              Deputy Clerk