1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
   CYNTHIA JOHNSON (CABN 328932)
5  Special Assistant United States Attorney

6    1301 Clay Street, Suite 340S
     Oakland, California 94612
7    Telephone: (510) 637-3693
     FAX: (510) 637-3724
8    Cynthia.Johnson@usdoj.gov

9  Attorneys for United States of America

FILED

AUG 27 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:25-mj-71024 MAG |
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS HEARING |
| v. | Date:   August 28, 2025 |
| NELSON OMAR AGUILAR-VILLALOBOS, | Time:   10:30 a.m. |
| Defendant. | Hon. Donna M. Ryu |

This matter is set for a status hearing on August 28, 2025. As of August 26, 2025, an Order has been signed by Northern District of Florida Judge Mark E. Walker Granting the Motion to Dismiss Petition for Pretrial Release Violations and remanding Mr. Aguilar-Villalobos to custody to begin his 60-month sentence in case 4:24cr34-MW/MAF (Northern District of Florida, Tallahassee Division). Therefore, the parties hereby stipulate and request that the Court vacate the above captioned hearing. Additionally, the Clerk's Office is instructed to close the Rule 5 matter.

IT IS STIPULATED AND AGREED that the status hearing presently scheduled for August 28, 2025 be vacated.

IT IS SO STIPULATED.

Dated:   August 27, 2025

JODI LINKER
Federal Public Defender
Northern District of California

_____/S/_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

Dated:   August 27, 2025

CRAIG H. MISSAKIAN
United States Attorney

_____/S/_____
CYNTHIA JOHNSON
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:   8/27/25

_____
HON. DONNA M. RYU
Chief Magistrate Judge